**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0119-06** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **LATOYA HARRIS,** | : | |
| **Defendant** | : | |

## **O R D E R**

AND NOW, this 1st day of August, 2006, upon consideration of the unopposed motion and amended motion to continue trial (Docs. 148 and 149), filed by defendant Latoya Harris on July 31, 2006, and for the reasons stated therein, the court concludes that the circumstances warrant a continuance of the trial date and that the reasons presented for an extension of the trial date outweigh the interests of the public and the defendant to a speedy trial.  Accordingly, it is hereby ORDERED that the defendant's motions are GRANTED.  **Jury selection and trial as to defendant Latoya Harris, in the captioned action, are continued from August 14, 2006, to <u>Tuesday, September 5, 2006, at 9:30 a.m.</u>**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.     The Court specifically finds, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.   The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

S/ Christopher C. Conner<br>
CHRISTOPHER C. CONNER<br>
United States District Judge