TAM:JJT:nl

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:06-CR-119-06 |
| | ) |
| v. | ) |
| | ) (CONNER, J.) |
| LATOYA HARRIS, a/k/a "TANK," | ) |
| | ) |
| Defendant. | ) (ELECTRONICALLY FILED) |

FILED
HARRISBURG
NOV 28 2006
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

### O R D E R

NOW, this 28th day of November, 2006, the Government's Motion for Leave to Dismiss the Indictment filed at Middle District of Pennsylvania 1:06-CR-119-06 is GRANTED; FURTHER, IT IS ORDERED that the Indictment filed at Middle District of Pennsylvania 1:06-CR-119-06 is DISMISSED.

CHRISTOPHER C. CONNER
United States District
Court Judge